**Order entered August 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00997-CR
No. 05-13-00998-CR

**CODY BRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-23970-T, F12-23977-T**

## ORDER

The Court **GRANTS** appellant's August 13, 2014 motion for extension of time to file appellant's reply brief.

We **ORDER** appellant to file the reply brief within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE